**Dismissed and Memorandum Opinion filed November 16, 2023**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00541-CV

## MICHAEL ORSAK, L.P., Appellant

## V.

## JOAN BRYANT CASKEY, Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-267393**

## MEMORANDUM  OPINION

This appeal is from a judgment signed May 22, 2023. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On September 20, 2023, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No

response was filed. On October 24, 2023, appellant was ordered to provide this court with proof of payment for the record on or before November 3, 2023. *See* Tex. R. App. P. 35.3(c). In the order, we notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.